JOSEPH SOLOWAY *vs.* JOHN WALLACE ET AL.

Third Judicial District, New Haven, January Term, 1927.
WHEELER, C. J., MALTBIE, HAINES, HINMAN and SIMPSON, Js.

Argued January 20th—decided April 11th, 1927.

ACTION to recover a commission alleged to have been
earned by the plaintiff in procuring a purchaser of the
defendants' real estate, brought to the Court of Com-
mon Pleas for New Haven County and tried to the
court, *Booth, J.;* judgment for the defendants, and ap-
peal by the plaintiff. *No error.*

*Edward S. Snyder,* for the appellant (plaintiff).

*Omar W. Platt,* for the appellees (defendants).

PER CURIAM. The corrections in the finding sought
by the appellant cannot be granted. Without these,
the plaintiff has no cause of action, since no contract
of employment of him by appellees has been expressly
found, and none can be implied from the facts found.

There is no error.